**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

RANDOLPH JOHN MATHIS,
ADC #160956                                                                                      PLAINTIFF

V.                                                  4:17CV00242 KGB/JTR

STEVE LOPEZ, Jail Administrator,
Lonoke County Sheriff's Office, et al.                                         DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. Any party may file written objections to this Recommendation. Objections must be specific and include the factual or legal basis for disagreeing with the Recommendation. An objection to a factual finding must specifically identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of the objections must be received by the Clerk of this Court within fourteen (14) days of this Recommendation. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may also waive any right to appeal questions of fact.

## I.  Discussion

Plaintiff Randolph John Mathis ("Mathis") is a prisoner in the Arkansas Department of Correction.   He has filed a *pro se* § 1983 Complaint alleging that Defendants violated his constitutional rights.   *Doc. 2.*

On June 27, 2017, the Court ordered Mathis to file an Amended Complaint containing information necessary to screen his allegations, as mandated by 28 U.S.C. § 1915A.   *Doc. 7.*   The Court also reminded Mathis that, pursuant to Local Rule 5.5(c)(2), this case would be dismissed, without prejudice, if he failed to timely and properly do so.   *Id.*

As of the date of this Recommendation, Mathis has failed to comply with the June 27, 2017 Order.   The time to do so has expired.

## II.  Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1.    Mathis's Complaint *(Doc. 2)* be DISMISSED, WITHOUT PREJUDICE, due to a lack of prosecution.

2.    The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

Dated this 31st day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE