UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RANDOLPH JOHN MATHIS,**
**ADC #160956**                                                                                    **PLAINTIFF**

**v.**                         **Case No. 4:17-cv-00242-KGB/JTR**

**STEVE LOPEZ, Jail Administrator,**
**Lonoke County Sheriff's Office,** *et al*.                                                 **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 8). No objections have been filed. After carefully considering the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. The Court dismisses without prejudice plaintiff Randolph John Mathis' complaint (Dkt. No. 2). The Court also certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this the 6th day of July, 2018.

Kristine G. Baker
United States District Judge