UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RANDOLPH JOHN MATHIS,
ADC #160956                                                                                         PLAINTIFF

v.                        Case No. 4:17-cv-00242-KGB/JTR

STEVE LOPEZ, Jail Administrator,
Lonoke County Sheriff's Office, *et al*.                                                DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court approves and adopts the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 8). Plaintiff Randolph John Mathis' claims are dismissed without prejudice.

So adjudged this the 6th day of July, 2018.

Kristine G. Baker
United States District Judge